UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: Matthew D. Barocas, BPR # 031962<br>1403 N 4th Ave.<br>Knoxville, TN 37917-6008 | **FILED UNDER SEAL**<br>No.: 1:24-dm-01<br><br>Chief District Judge<br>Travis R. McDonough |

## ORDER OF SUSPENSION

Because the Tennessee Supreme Court suspended the law license of Matthew D. Barocas, this Court ordered Matthew D. Barocas to show cause why he should not be suspended from the practice of law in the United States District Court, Eastern District of Tennessee [Doc. 1]. Attorney Barocas filed an answer to the show cause order "accept[ing] discipline from this Court reciprocal to the discipline imposed by the Tennessee Supreme Court" and requesting "that any suspension imposed by this Court be effective nunc pro tunc from January 9, 2024, the date of his suspension by the state court." Accordingly, Matthew D. Barocas is **SUSPENDED** from the practice of law in the United States District Court, Eastern District of Tennessee. The suspension shall be a matter of public record. Upon his reinstatement to the practice of law by the Tennessee Supreme Court, Attorney Barocas may seek reinstatement to the practice of law in the United States District Court, Eastern District of Tennessee, pursuant to E.D. Tenn. L.R. 83.7.

**SO ORDERED.**

/s/ Travis R. McDonough
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**